UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE	Misc. No. 14-MJ-30534
EXTRADITION OF
OMAR ABDUL-RAZAQ,	Hon. R. Steven Whalen
a/k/a OMAR RAZAQ	United States Magistrate Judge
                                                           /

## ORDER TO FORWARD TESTIMONY AND EXHIBITS
## TO SECRETARY OF STATE

The Court having conducted an extradition certification hearing pursuant to 18 U.S.C. § 3184, and having this day certified the extradition of Omar Abdul-Razaq to Canada to answer to the charge of uttering threats,

IT IS THEREFORE ORDERED that the Clerk of the Court forward the Certification of Extradition entered in this case, along with the transcript of the hearing on March 26, 2015 and the Exhibits submitted at that hearing, by U.S. Mail, to:

United States Department of State
ATTN: Ass't Legal Advisor for Law Enforcement & Intelligence
2201 C Street, N.W.
Room 5419
Washington, D.C. 20520

United States Department of Justice
Office of International Affairs
1301 New York Ave., N.W.
9th Floor
Washington, D.C. 20005

                                             s/R. Steven Whalen                              
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 7, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager
